IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| DIANE BURGESS, ) | |
| ) | C.A. No. 7:08-4043-HFF |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| v. ) | PARTIES' JOINT MOTION FOR |
| ) | DISMISSAL, WITHOUT PREJUDICE, OF |
| LIBERTY LIFE INSURANCE COMPANY ) | MICHELIN NORTH AMERICA AS A PARTY |
| OF BOSTON, AND MICHELIN NORTH ) | DEFENDANT |
| AMERICA ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the motion of the Parties to dismiss Defendant Michelin North America as a party defendant, without prejudice. Having considered the motion and for good cause shown, it is ORDERED and ADJUDGED that:

1. The Parties' motion is GRANTED.

2. Defendant Michelin North America is hereby dismissed, without prejudice, from this matter.

**IT IS SO ORDERED.**

                                                 **s/Henry F. Floyd**_____
                                                 Henry F. Floyd
                                                 District Court Judge

Dated this 27th day of March, 2009
Spartanburg, South Carolina